# Asociación Vecinos de Bucaré, Inc.

URBANIZACION BUCARE

#2106 CALLE TOPACIO (CASETA), GUAYNABO, PR 00969

---

INFORMATIVE MOTION
JANUARY 16, 2019

RECEIVED AND FILED - MAIL

USBC '19 FEB 19 PM 3:04

Honorable Mildred Caban Flores
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
300 Recinto Sur Street
Courtroom 3 – Third Floor
San Juan, Puerto Rico 00901

Re: Case #13-08280 (MFC) Chapter 11
    Alberto R. Menendez Besosa
    Elba S. Gely Latalladi

Hon. Judge Caban Flores:

As Treasurer of Asociacion Vecinos de Bucare, Inc. I hereby certify that the abovementioned debtors have accumulated a post chapter 11 debt of $1,840.00 (after the filing date 10/04/13) on control access maintenance fees as of January 16, 2019. (Statement enclosed).

We understand that this action is against chapter 11 Regulations. As such, they should pay that amount to the Asociacion Vecinos de Bucare, Inc. immediately and furthermore they should keep themselves current in the payment of said maintenance fees monthly.

Your attention to this matter will be appreciated.

Sincerely yours,

Rafael García
Treasurer


Enclosure
Cc – Lcdo. Enrique M. Almeida
    Sr. Alberto Menendez Besosa

## ASOCIACION DE VECINOS DE BUCARE
### Aged Receivables
### As of Jan 16, 2019

Filter Criteria includes: 1) IDs: Multiple IDs; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| ES0012-B<br>ALBERTO MENENDEZ | 12635 | | | | 175.00 | 175.00 | 4/1/18 |
| | L/C-APRIL-201 | | | | 10.00 | 10.00 | 4/17/18 |
| | 12636 | | | | 175.00 | 175.00 | 5/1/18 |
| | L/C-MAYO-201 | | | | 10.00 | 10.00 | 5/16/18 |
| | 12637 | | | | 175.00 | 175.00 | 6/1/18 |
| | L/C-JUNIO-201 | | | | 10.00 | 10.00 | 6/16/18 |
| | 12638 | | | | 175.00 | 175.00 | 7/1/18 |
| | L/C-JULIO-201 | | | | 10.00 | 10.00 | 7/16/18 |
| | 12639 | | | | 175.00 | 175.00 | 8/1/18 |
| | L/C-AUG-2018 | | | | 10.00 | 10.00 | 8/16/18 |
| | 12640 | | | | 175.00 | 175.00 | 9/1/18 |
| | L/C-SEPTIEMB | | | | 10.00 | 10.00 | 9/18/18 |
| | 12641 | | | | 175.00 | 175.00 | 10/1/18 |
| | L/C - OCTUBR | | | | 10.00 | 10.00 | 10/16/18 |
| | 12642 | | | 175.00 | | 175.00 | 11/1/18 |
| | L/C NOVEMBE | | | 10.00 | | 10.00 | 11/16/18 |
| | 12643 | | 175.00 | | | 175.00 | 12/1/18 |
| | L/C - DECEMB | | 10.00 | | | 10.00 | 12/16/18 |
| | 12644 | 175.00 | | | | 175.00 | 1/1/19 |
| **ES0012-B**<br>**ALBERTO MENENDEZ** | | **175.00** | **185.00** | **185.00** | **1,295.00** | **1,840.00** | |